UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| MIDLAKES ASSOCIATION, a Washington non-profit corporation, | No. 2:19-cv-01196-RSM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| vs. | |
| ALLSTATE INSURANCE COMPANY, an Illinois company, | |
| Defendant. | |

## **STIPULATION**

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 13th day of November, 2019.

By _s/Alfred E. Donohue_
Alfred E. Donohue, WSBA #32774
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Phone: (206) 623-4100
Fax: (206) 623-9273
Email: donohue@wscd.com
Of Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:19-cv-01196-RSM) – 1
ys/AED6513.031/3401767x



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

DATED this 13th day of November, 2019.

By   *Daniel S. Houser*
Daniel S. Houser, WSBA # 32327
Houser Law, PLLC
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101
Phone: 206-258-3857
Email: dan@dhouserlaw.com
Of Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:19-cv-01196-RSM) – 2
ys/AED6513.031/3401767x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs.

DATED this 14th day of November 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:19-cv-01196-RSM) – 3
ys/AED6513.031/3401767x



WILSON SMITH COCHRAN DICKERSON

901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273